IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES ADAIR, *et al.*, | ) | |
| | ) | |
| PLAINTIFFS, | ) | (WO- Not for publication) |
| | ) | |
| v. | ) | CASE NO.  2:04-cv-406-F |
| | ) | |
| NORMENT SECURITY GROUP, INC., | ) | |
| *et al.*, | ) | |
| | ) | |
| DEFENDANTS. | ) | |

**<u>ORDER</u>**

This cause came before the Court on the Joint Stipulation Dismissing Non-Montgomery Opt-In Plaintiffs Without Prejudice (Doc. # 63).  This action was filed under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA").  Plaintiffs allege that Defendants failed to pay certain employees overtime for work performed donning and doffing certain work related clothing and completing certain tasks related to their job duties. This Court has conditionally certified Plaintiffs' claims a collective action under the FLSA. One hundred sixty-two individuals filed consents to "opt in" to the conditionally certified class by the deadline this Court imposed.  Of these individuals, one hundred and six had worked in Defendants' Montgomery Facilities and fifty-six had not so worked.  The parties have represented to the Court that significant differences exist between those two groups of individuals.  Based on discovery conducted in this matter, the parties now represent to the Court that substantial and reasonable grounds support the conclusion that individuals who have worked outside of Defendants' Montgomery facilities are dissimilar and not properly

included in any class that proceeds in this case. Accordingly, the parties have agreed that the claims of the fifty-six individuals who have opted in to this litigation and who have been identified as not having worked in Defendants' Montgomery facilities should be dismissed without prejudice and that the definition of the conditionally certified class should be redefined. The Court agrees. Accordingly, it is hereby ORDERED as follows:

1. The claims of all fifty-six non-Montgomery opt-in Plaintiffs listed in Exhibit A to Document Number 63 are hereby DISMISSED WITHOUT PREJUDICE.

2. The class that this Court has conditionally certified is hereby redefined to exclude individuals who have not worked in Defendants' Montgomery Facilities.

3. Nothing in this Order is intended to in any way affect the claims of any of the other plaintiffs in this action, which claims remain pending.

DONE this the 19th day of October, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE