IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES ADAIR, JOE BROWN, ROBERT TAYLOR, JAMES SMITH, LAMAR WARD, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NORMENT SECURITY GROUP, Inc.; NORSHIELD SECURITY PRODUCTS Inc., a division of NORMENT SECURITY GROUP, Inc.; COMPUDYNE CORP.<br><br>Defendants. | Civil Action File No.:<br>2:04cv406F |

## CONSENT ORDER TO APPROVE THE SETTLEMENT AND PROPOSED STIPULATION OF DISMISSAL

Plaintiffs JAMES ADAIR, JOE BROWN, ROBERT TAYLOR, JAMES SMITH, and LAMAR WARD, on behalf of themselves and all others similarly situated, Defendant NORMENT SECURITY GROUP, INC., Defendant NORSHIELD SECURITY PRODUCTS INC., A DIVISION OF NORMENT SECURITY GROUP, INC., and Defendant COMPUDYNE CORP., having consented to the proposed Settlement Agreement,

IT IS HEREBY ORDERED, that the Court APPROVES the parties' settlement; (2) GRANTS the proposed stipulation of dismissal without prejudice; and (3) MAINTAINS jurisdiction over the matter until notified that the parties have amended the joint stipulation to request a dismissal with prejudice.

SO ORDERED this 4th day of MAY, 2006.

By: _____
Honorable Mark E. Fuller
Chief United States District Judge

**CONSENTED TO:**

| Counsel For Plaintiffs | Counsel for Defendants |
|---|---|
| By: _____ *(Signed with express permission)* Larry A. Golston, Jr., Esq. Alabama Attorney Code: GOL029 Jere L. Beasley, Esq. Alabama Attorney Code: BEA020 W. Daniel "Dee" Miles, Esq. Alabama Attorney Code: MIL060 BEASLEY, ALLEN, CROW, PORTIS & MILES, P.C. 272 Commerce Street Post Office Box 4160 Montgomery, Alabama 36103-4160 Telephone: (334) 269-2343 Facsimile: (334) 954-7555 E-mail: larry.golston@beasleyallen.com | By: _____ Brett C. Bartlett Georgia Bar No. 040510 Maile Gilmore Georgia Bar No. 300451 John W. Powers, Esq. Illinois Bar No. 02244969 SEYFARTH SHAW LLP 1545 Peachtree Street, N.E. Suite 700 Atlanta, Georgia 30309-2401 Telephone: (404) 885-1500 Facsimile: (404) 892-7056 E-mail: bbartlett@seyfarth.com  Bruce Downey, Esq. Alabama Attorney Code: DOW006 CAPELL & HOWARD, P.C. 150 South Perry Street Montgomery, Alabama 36102 Telephone: (334) 241-8000 E-mail: bjd@chlaw.com |

ATI 32322699.1