IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES ADAIR, JOE BROWN, | ) | |
| ROBERT TAYLOR, JAMES SMITH, | ) | |
| LAMAR WARD, on behalf of himself | ) | |
| and all others similarly situated, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION FILE NO. : |
| | ) | 2:04cv406F |
| | ) | |
| NORMENT SECURITY GROUP, Inc.; | ) | |
| NORSHIELD SECURITY PRODUCTS | ) | |
| Inc., a divison of NORMENT SECURITY | ) | |
| GROUP, Inc.; COMPUDYNE CORP. | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT STIPULATION OF DISMISSAL

Comes Now the Plaintiffs JAMES ADAIR, JOE BROWN, ROBERT TAYLOR,

JAMES SMITH, and LAMAR WARD, on behalf of themselves and all others similarly

situated, Defendant NORMENT SECURITY GROUP, INC., Defendant NORSHIELD

SECURITY PRODUCTS INC., A DIVISION OF NORMENT SECURITY GROUP,

INC., and Defendant COMPUDYNE CORP., by and through their attorneys and hereby

jointly stipulate to the **DISMISSAL WITH PREJUDICE** of any and all claims in this

action, with costs taxed as paid.

Respectfully submitted this 28th day of September 2006.

By: /s/ Larry A. Golston Jr.
    Jere L. Beasley, Esq.
    W. Daniel "Dee" Miles, Esq.
    Larry A. Golston, Jr., Esq.
    BEASLEY, ALLEN, CROW, METHVIN,

By: /s/ Brett C. Bartlett
    Seyfarth Shaw LLP
    John W. Powers
    Jwpowers@seyfarth.com
    Illinois Bar No. 02244969

PORTIS & MILES, P.C.
272 Commerce Street
Post Office Box 4160
Montgomery, Alabama 36103-4160

Attorneys for Plaintiffs

55 East Monroe Street
Suite 4200
Chicago, IL 60603
Ph: 312/269-8894
Fax: 312/269-8869
Brett C. Bartlett
bbartlett@seyfarth.com
SEYFARTH SHAW LLP
One Peachtree Pointe
1545 Peachtree Street
Suite 700
Atlanta, GA 30309-2401
Ph: 404/ 885-1500
Fax: 404/ 892-7056

Bruce Downey
Attorney Code: DOW006
bjd@chlaw.com
CAPELL & HOWARD
150 South Perry Street
Montgomery, AL 36102
Ph: 334/ 241-8000
Fax: 334/ 323-8888

Attorneys for Defendants

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 28, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all parties receiving electronic means including the parties listed below.

By: /s/ Larry Golston
    LARRY A. GOLSTON, JR.
    Attorney for Plaintiffs

Attorneys for Defendants

Brett C. Bartlett
Seyfarth Shaw LLP
John W. Powers
Jwpowers@seyfarth.com
Illinois Bar No. 02244969
55 East Monroe Street
Suite 4200
Chicago, IL 60603
Ph: 312/269-8894
Fax: 312/269-8869
Brett C. Bartlett
bbartlett@seyfarth.com
SEYFARTH SHAW LLP
One Peachtree Pointe
1545 Peachtree Street
Suite 700
Atlanta, GA 30309-2401
Ph: 404/ 885-1500
Fax: 404/ 892-7056

Bruce Downey
Attorney Code: DOW006
bjd@chlaw.com
CAPELL & HOWARD
150 South Perry Street
Montgomery, AL 36102
Ph: 334/ 241-8000
Fax: 334/ 323-8888