IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES ADAIR, on behalf of himself and all others similarly situated, ) ) ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:04-cv-406-MEF |
| ) | |
| NORMENT SECURITY GROUP, INC., ) *et al.,* ) ) | |
| Defendants. ) | |

## **FINAL JUDGMENT**

Pursuant to the Joint Stipulation of Dismissal (Doc. #83) filed by the parties on September 28, 2006, it is

ORDERED and ADJUDGED that this case is DISMISSED in its entirety with prejudice, each party to bear their own costs and expenses.

The clerk of the court is directed to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this the 28th day of September, 2006.

    /s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE